UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

David Erich,

                                                   10 CV 5863 (ERK) (RML)

                    Plaintiff,

     -against-

Credit Protection Association, L.P.

                    Defendant.

To:    Concepcion A. Montoya
        Hinshaw & Culbertson
        100 Mulberry S780 Third Avenue, 4th Floor
        New York, New York 10017
        (212) 471-6200
        Attorneys for Defendant

PLEASE TAKE NOTICE that upon the annexed certification of Lawrence Katz counsel for the plaintiff, all exhibits attach thereto and the accompanying memorandum of law, the plaintiff will move for judgment on the pleadings in accordance with Rule 12 before the Honorable Edward R. Korman, United States District Court Judge at the United States District Court for the Eastern District of New York located at 225 Cadman Plaza East, Brooklyn, New York 11201 on a date and time to be set by the court, and for whatever further and different relief that the Court deems appropriate.

                                                  By:    /s/ Lawrence Katz\_\_\_\_\_
                                                        Attorney for Plaintiff
                                                        445 Central Avenue, Suite 201
                                                        Cedarhurst, NY 11516
                                                        (516) 374-2118

Dated: February 27, 2012