UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAVID EHRICH,

                          Plaintiff,

-against-

CREDIT PROTECTION ASSOCIATION, L.P.,

                         Defendant.
------------------------------------------------------------------X

JUDGMENT
10-CV- 5863 (ERK)

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 0 2 2012 ★

**BROOKLYN OFFICE**

       A Memorandum and Order of Honorable Edward R. Korman, United States District Judge, having been filed on September 19, 2012, granting CPA's motion for summary judgment; and denying Plaintiff's motion for judgment on the pleadings; it is

       ORDERED and ADJUDGED that Credit Protection Association, L.P.'s motion for summary judgment is granted; and the Plaintiff's motion for judgment on the pleadings is denied.

Dated: Brooklyn, New York
       October 02, 2012

                                          Douglas C. Palmer
                                          Clerk of Court

                                                 s/Michele Gapinski
                            by: _____
                                          Michele Gapinski
                                          Chief Deputy for
                                          Court Operations